# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510     Telephone: (212) 317-1200
New York, New York 10165            Facsimile: (212) 317-1620
ramsha@csm-legal.com

July 26, 2022

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Monge Moreno et al v. C & G Twins, Corp. et al.
      Index. No.: 1:22-cv-02775-JPC

Your Honor:

This office represents Plaintiffs in the above captioned matter. This letter is written jointly with Defendants to respectfully request that the Initial Pretrial Conference currently scheduled for August 2, 2022 be adjourned until after the parties' second mediation conference on September 8, 2022. This is the first such request.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Ramsha Ansari
Ramsha Ansari, Esq.

cc: All counsel (VIA ECF)

The parties' request is granted. The Initial Pretrial Conference ("IPTC") currently scheduled for August 2, 2022 is adjourned to September 13, 2022, at 10:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The parties shall submit their pre-IPTC joint letter and proposed Case Management Plan and Scheduling Order by September 6, 2022.

SO ORDERED.

Date:  July 27, 2022
       New York, New York

JOHN P. CRONAN
United States District Judge

*Certified as a minority-owned business in the State of New York*