# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                 Facsimile: (212) 317-1620
ramsha@csm-legal.com

September 7, 2022

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

         Re:    <u>Monge Moreno et al v. C & G Twins, Corp. et al.</u>
                 Index. No.: 1:22-cv-02775-JPC

Your Honor:

     This office represents Plaintiffs in the above captioned matter. This letter is written jointly with Defendants to respectfully request that the Initial Pretrial Conference currently scheduled for September 13, 2022 be adjourned to November 11, 2022. The reason for this request is because the parties are currently rescheduling their second mediation session which was originally scheduled for September 8, 2022 to a later date. This is the second such request.

     We thank the Court for its attention to this matter.

                                                        Respectfully Submitted,

                                                        /s/ Ramsha Ansari
                                                        Ramsha Ansari, Esq.

cc: All counsel (VIA ECF)

The Parties' request is granted in part. The Initial Pretrial Conference is adjourned to November 14, 2022, at 9:00 a.m..

SO ORDERED.

September 8, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

*Certified as a minority-owned business in the State of New York*